SARAH M. SIMMONS, Appellant, *v.* ZACHARIAH E. SIMMONS, Respondent.

(Argued February 1, 1887; decided February 11, 1887.)

*Charles H. Woodbury* for appellant.

*W. C. Beecher* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

THE PEOPLE ex rel. THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Respondent, *v.* ZACHARIAH ROOSA et al., Assessors, etc., Appellants.

(Argued February 1, 1887; decided February 11, 1887.)

*J. Newton Fiero* and *A. J. Clearwater* for appellants.

*P. Cantine* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except PECKHAM, J., taking no part.
Appeal dismissed.

———————

In the Matter of the Application of the STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY to Acquire Title to Lands of the NEW YORK DYEING AND PRINTING ESTABLISHMENT et al.

(Argued February 1, 1887; decided February 11, 1887.)

*William M. Mullen* for appellant.

*Albert B. Boardman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.